UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA
OLD FEDERAL BUILDING
605 W. 4TH AVENUE, ROOM 138
ANCHORAGE, ALASKA 99501-2296



Donald MacDonald IV
Chief Judge

(907) 271-2667
FAX (907) 271-2692

July 6, 2006

PACER Service Center
Attn: BILLING DEPARTMENT
P. O. Box 780549
San Antonio, TX 78278-0549

Re: Request for exemption from PACER fees
For: MIT Sloan School of Management

Dear Sir or Madam:

This court has received a letter from Professor Schoar with the MIT Sloan School of Management which requests an exemption of PACER fees. The purpose of the waiver is to obtain data for a study examining the long term effects of specific bankruptcy rulings on the performance of small and medium size firms post Chapter 11 reorganization. The Sloan School of Management hopes to collect data from all United States bankruptcy courts.

A copy of the letter from MIT/Sloan is enclosed. As the requested exemption is for the purpose of gathering data for research, only, I recommend the exemption be granted.

If you have any questions about the study which is being conducted, please contact Samantha O'Keefe by phone at 978-337-1505 or via e-mail at samok@mit.edu, as indicated in the last paragraph of the attached letter.

Thank you for your attention to this matter.

Sincerely,

Donald MacDonald IV
Chief Judge

cc:    Prof. Antoinette Schoar (w/out encl)

**Massachusetts Institute of Technology**
Sloan School of Management
Room E52-455
Cambridge, MA 02142-1347

50 Memorial Drive

Telephone: 617-253-3763
Facsimile: 617-258-6855
E-mail: aschoar@mit.edu
http://www.mit.edu/~aschoar/

ANTOINETTE SCHOAR
Michael M. Koerner Career Development
Professor of Entrepreneurial Finance



Clerk of the Court
Old Federal Building
907-271-2655

**RECEIVED**
JUN 2 2 2006
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

6/12/06

Dear Sir/Madam

We are hoping to receive a waiver for the PACER public access fees from the Alaska Bankruptcy Court for academic use. Specifically we would like to access the docket records of firms that filed for Chapter 11 in your district. Our goal is to study the long term effects of specific bankruptcy rulings on the performance of small and medium size firms post Chapter 11 reorganization. Preliminary analysis using PACER data from six district courts has yielded some potentially promising results, and we are now trying to collect as much data as possible from as many courts as possible in an attempt to establish a representative sample across all US bankruptcy courts. We hope to collect the majority of our data in the next two months.

As academics we have very limited funding and cannot afford the usual PACER public access fees. As such we rely on the generosity of the courts in providing fee waivers to conduct our research.

Research Team:

We are a team of MIT economists studying the role of bankruptcy regulations for efficient reallocation in the economy. Our goal is to help inform the current academic debate through empirical research. Our team includes:

1. Antoinette Schoar, Professor of Finance, Sloan School of Management, MIT

2. Tom Chang, PhD candidate, MIT

3. Samantha O'Keefe, Research Associate, MIT

Please don't hesitate to let us know if you have any questions or would like further information. You can directly contact Samantha O'Keefe at phone: [978-337-1505] or email: [samok@mit.edu].

Thank you very much for your consideration, we hope to hear from you soon.

Best,

*[signature]*

Antoinette Schoar