# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the matter of:<br><br>REQUEST FOR EXEMPTION FROM PACER FEES. | Misc. Case No. 06-60001<br><br>**Filed On<br>2/13/07** |

## ORDER GRANTING REQUEST FOR EXEMPTION
## FROM PACER FEES

Having considered the request for exemption from PACER fees received on February 13, 2007, and good cause existing,

**IT IS ORDERED** that the following exemption is granted:

Party Exempt:             MaNeisha LaFate, PACER ID No. ML2628

Period of Exemption:      February 13, 2007 through March 30, 2007

Purpose of Exemption:     Academic research for MBA thesis. Topic: proliferation of non-business bankruptcies in high and low income sectors.

**IT IS FURTHER ORDERED** that the information obtained under this exemption will be used exclusively for the purpose of academic research, and may not be transferred, sold or otherwise provided to third parties for profit.

DATED: February 13, 2007

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve: MaNeisha LaFate
W. Wolfe, Clerk of Court
Donna Williams
PACER Service Center
2/13/07