# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In the matter of:

REQUEST FOR EXEMPTION FROM PACER FEES.

Misc. Case No. 06-60001

**Filed On 3/3/09**

## ORDER GRANTING REQUEST FOR EXEMPTION FROM PACER FEES

Having considered the request for exemption from PACER fees received on February 20, 2009, and good cause existing,

**IT IS ORDERED** that the following exemption is granted:

| | |
|---|---|
| Party Exempt: | Robert M. Howard and Shenita Brazelton |
| PACER ID No.: | gs2806 |
| Period of Exemption: | March 1, 2009, through March 1, 2010 |
| Purpose of Exemption: | Academic research. Topic: differences in the judicial decision-making of judges who sit on the U.S. District Courts and U.S. Courts of Appeal and those who sit on bankruptcy courts and Bankruptcy Appellate Panels. |

**IT IS FURTHER ORDERED** that the information obtained under this exemption will be used exclusively for the purpose of academic research, and may not be transferred, sold or otherwise provided to third parties for profit.

DATED: March 3, 2009

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve: Dr. Robert Howard, Dept. of Political Science, Georgia St. U.
Jan Ostrovsky, Clerk of Court
Janet Stafford
PACER Service Center
3/3/09