Massachusetts Institute of Technology        Room E52-433              Telephone: 617 253-3763
Sloan School of Management                   50 Memorial Drive         Facsimile: 617 258-6855
                                             Cambridge, MA 02142-1347  E-Mail: aschoar@mit.edu

ANTOINETTE SCHOAR
*Michael M. Koerner Associate Professor
of Entrepreneurial Finance*

**FILED**

JUN 2 2009

CLERK
U.S. BANKRUPTCY COURT
By_____
DEPUTY CLERK

06-60001

April 2009                  Subj: PACER Account no: NB0787

District of Alaska
Historic Courthouse Suite 138
605 W. 4th Avenue
Anchorage, AK 99501-2296

To Whom It May Concern

This is a request to ask you to update the PACER fee waiver exemption for Account NB0787 for the period April 2009 to April 2010. The required **affidavit** is enclosed.

I strongly endorse the value of this research on bankruptcy and employment; and believe it to be of high value both to the academic community and to the public understanding of the social impacts of bankruptcy. The standard PACER fees would represent an unreasonable burden because the research requires access to the court proceedings for a large number of firms and individuals. Furthermore, the granting of said waiver would promote public access to information through the production of scholarly research.

If such a waiver is deemed appropriate, please notify the PACER service center to grant a waiver of access fees for your district for account number NB0787. In addition, please send an electronic or paper copy of the waiver to email: tzh@mit.edu or Prof. Antoinette Schoar, MIT E52-433, 50 Memorial Drive, Cambridge, MA 02142. Thank you for your help.

**PACER Service Center**
P.O. Box 780549
San Antonio, TX 78278
(800) 676-6856

Sincerely,

A. Schoar

Antoinette Schoar
Michael M. Koerner Associate Professor of Entrepreneurial Finance
MIT Sloan School of Management, Bldg. E52-433, 50 Memorial Drive
Cambridge, MA 02142    tel: 617-715-2504    email: tzh@mit.edu

AFFIDAVIT                NB 0787

Re: **Exemption from Fees for Electronic Access to Court Data**

The undersigned is a professor at the Massachusetts Institute of Technology/Sloan School of Management conducting research in the area of businesses and individuals filing bankruptcy and has been granted an exemption from the fees for electronic access to court data and hereby swears under penalty of perjury that this exempted status will be utilized only to access information necessary for and directly related to the research and that the undersigned will insure that no unauthorized use of this exemption will be allowed.

The undersigned further certifies that he or she is aware that:

(1) The fee exemption applies only to access related to the case or purpose for which it was given;

(2) The fee exemption is non-transferrable and should not be shared outside of the customer's immediate office staff;

(3) By accepting the fee exemption account, the undersigned agrees not to sell for profit the date obtained as a result of the fee exemption access;

(4) The undersigned shall change his or her password at least every 90 days;

(5) The undersigned is responsible for preventing unauthorized use of the login or password;

(6) The undersigned must notify the PACER Service Center immediately if he or she believes that there has been unauthorized use of the account;

(7) Account usage may be monitored to insure that the amount of usage is consistent with this fee exemption; and

(8) The court may terminate the fee exemption at any time.

This Affidavit will expire twelve (12) months from the date of execution and will be renewed thereafter if the exemption rights continue.

SWORN to this 30 day of April 2009.

X _____
Antoinette Schoar