# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In the matter of:

REQUEST FOR EXEMPTION FROM PACER FEES.

Misc. Case No. 06-60001

**Filed On**

**5/11/12**

## ORDER DENYING REQUEST FOR EXEMPTION FROM PACER FEES

The Court has received a request for exemption from PACER fees from Neale Mahoney and Paul Goldsmith-Pinkham dated May 2, 2012. The Court finds the request to be overly broad in scope and unduly vague as to the actual number of cases to be examined. The request also fails to identify a particular scholarly work for which the information requested is necessary and does not demonstrate that the payment of the fees from which exemption is sought would create an unreasonable burden. Therefore,

**IT IS ORDERED** that the following exemption is denied:

Party Exempt:   Neale Mahoney and Paul Goldsmith-Pinkham

Pacer Account:   nm2287

Date of Request:   May 2, 2012.

DATED: May 11, 2012

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve: Neale Mahoney, 1730 Cambridge Street, S410, Cambridge, MA  02138
Paul Goldsmith-Pinkham, NBER, 1050 Massachusetts Ave., Cambridge, MA  02138
J. Ostrovsky, Clerk of Court
J. Stafford                           05/11/12