UNITED STATES BANKRUPTCY COURT

DISTRICT OF ALASKA

In the matter of:

REQUEST FOR EXEMPTION FROM PACER FEES.

Misc. Case No. 06-60001-GS

## ORDER GRANTING REQUEST FOR EXEMPTION FROM PACER FEES

Having considered the request for exemption from PACER fees received on August 30, 2018, and good cause existing,

IT IS HEREBY ORDERED that the following exemption is granted:

| | |
|---|---|
| Party Exempt: | Michelle Miller, PACER ID No. 5681807 |
| Period of Exemption: | September 4, 2018 through September 4, 2019 |
| Purpose of Exemption: | Academic research to study the impact of state exemption laws and state garnishment rates on individual bankruptcy filings. |

**IT IS FURTHER ORDERED** that the information obtained under this exemption will be used exclusively for the purpose of academic research, and may not be transferred, sold or otherwise provided to third parties for profit.

DATED this 4th day of September, 2018.

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve: M. Miller via email
Janet Stafford, Clerk of Court
PACER Service Center at pacer@psc.uscourts.gov