# UNIVERSITY OF MINNESOTA

*Crookston • Duluth • Morris • Rochester • Twin Cities*    *Department of Finance*    3-122 Carlson School of Management
321 - 19th Avenue South
Minneapolis, MN 55455

Office: 612-624-2888
Fax: 612-626-1335

May 24, 2019

Honorable Chief Judge Gary Spraker
United States Bankruptcy Court, District of Alaska
Att: Ms. Janet Stafford, Clerk of Court
Historical Courthouse 605 West Fourth Ave, Suite 138
Anchorage, AK  99501

**FILED**
MAY 31 2019
CLERK
U.S. BANKRUPTCY COURT
BY_____
DEPUTY CLERK

<u>Re: Request for PACER Fee Exemption</u>

Dear Honorable Chief Judge Gary Spraker:

I am writing to request an exemption from payment of the PACER per page fees. I am an Assistant Professor of Finance at the University of Minnesota Twin Cities. Currently, I am working on personal bankruptcy for my research, and I qualify under the PACER rules as an individual researcher associated with an academic institution. I am requesting this exemption, applicable to <u>PACER account number 4489599, username jacellycespedes,</u> through May 30, 2020.

My specific research question is to estimate the marginal effect of debt relief from the bankruptcy system on debtors' post-filing outcomes (e.g., marital status) and the effects of non-judicial collection protection for debtors whose bankruptcy cases were dismissed. These questions are of interest since the bankruptcy system is the most important debt relief program in the country, in which households, for example, receive funds greater than all state unemployment insurance programs combined. Finally, there is still little research that documents the post-filing effects of bankruptcy protection on American Households (e.g., stopping creditor harassment).

For this research project, I need to collect data related to the filers' characteristics at the time of filing (e.g., Chapter filed, filed date, household composition, and financial characteristics) for cases filed between 2006 to 2016. This information is publicly available in the PACER files.

An exemption is necessary for me to be able to successfully complete my research project. Without an exemption, the cost of accessing the bankruptcy files is prohibitive. I expect to complete this study in 2020.

I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet. I am attaching for your convenience a copy of an Affidavit attesting to my eligibility for the exemption.

Thank you for your time and consideration.

Sincerely,

*[signature]*

Dr. Jacelly Cespedes
Assistant Professor of Finance
University of Minnesota
Carlson School of Management
321 19th Avenue South, 3-135
Minneapolis, MN 55455
cespe013@umn.edu
(512) 803-4537

**Driven to Discover**℠

Academic Researcher Exemption Request

**Application for Exemption from the
Judicial Conference's Electronic Public Access
Fees in the District of Alaska**

In support of this application, I provide the following:

1) I am an individual researcher associated with <u>University of Minnesota Twin Cities, Carlson School of Management.</u>

2) The data received will be used in my research project:

<u>The specific research question is to estimate the marginal effect of debt relief from the bankruptcy system on debtors' post-filing outcomes (e.g., marital status) and the effects of non-judicial collection protection for debtors whose bankruptcy cases were dismissed. These questions are of interest since the bankruptcy system is the most important debt relief program in the country, in which households, for example, receive funds greater than all state unemployment insurance programs combined. Finally, there is still little research that documents the post-filing effects of bankruptcy protection on American Households (e.g., stopping creditor harassment).</u>

(Attach additional sheets as necessary)

3) An exemption from the Judicial Conference's Electronic Public Access Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

4) I understand that this fee exemption will apply only to me, will be valid only for the purposes stated above, and will apply only to the electronic case files of this court that are available through the PACER service.

5) I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet.

Declaration: I declare that the above information is true and understand that a false statement may result in abolishment of my exempt access and an assessment of Electronic Public Access usage fees.

Date: <u>5/25/2019</u>

Applicant's signature

PACER account number: <u>4489599</u>

PACER username: <u>jacellycespedes</u>

Jacelly Cespedes
Printed name

UNIVERSITY OF MINNESOTA

*Twin Cities Campus*

**Department of Finance**
*3-122 Carlson School Of Management*
*321- 19th Avenue South*
*Minneapolis, MN 55455*



MINNEAPOLIS MN 553

28 MAY 2019 PM 2 L

United States Bankruptcy Court, District of Alaska
Historical Courthouse
605 West Fourth Ave, Suite 138
Anchorage, AK 99501

99501-229699