UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

In the matter of:

REQUEST FOR EXEMPTION FROM PACER FEES.

Misc. Case No. 06-60001-GS

## ORDER GRANTING REQUEST FOR EXEMPTION FROM PACER FEES

Having considered the request for exemption from PACER fees received on May 31, 2019, and good cause existing,

**IT IS ORDERED** that the following exemption is granted:

Party Exempt:              Dr. Jacelly Cespedes, PACER ID No. 4489599

Period of Exemption:       May 31, 2019, through May 30, 2020

Purpose of Exemption:      Academic research regarding marginal effect of debt relief from the bankruptcy system on debtors' post-filing outcomes and the effects of non-judicial collection protection for debtors whose bankruptcy cases are dismissed.

**IT IS FURTHER ORDERED** that the information obtained under this exemption will be used exclusively for the purpose of academic research, and may not be transferred, sold or otherwise provided to third parties for profit.

DATED: May 31, 2019

BY THE COURT

 /s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve:  Dr. Jacelly Cespedes via email
        Janet Stafford, Clerk of Court
        PACER Service Center at pacer@psc.uscourts.gov