

# PACER Fee Exemption Request

Ashvin Gandhi
Anderson School of Management, UCLA
(310) 206-5572
ashvin.gandhi@anderson.ucla.edu

July 15, 2020

06-60001

## 1 Why the case information from PACER is needed

I am conducting scholarly research on how healthcare companies utilize Chapter 11 bankruptcy. I will use Chapter 11 bankruptcy docket reports to assess how various motions filed during bankruptcy affect patient and healthcare-employee outcomes. I will summarize my results in scholarly research papers that I will submit to academic journals. This exercise requires a large sample size to get a comprehensive picture of how healthcare companies use the corporate bankruptcy system. It is my understanding that obtaining such a sample of bankruptcy dockets is only possible through PACER.

## 2 How the case information from PACER will be used

Using the Federal Judicial Center's Integrated Database (IDB),[1] I have obtained approximately 5,000 case numbers corresponding to business Chapter 11 cases filed by healthcare companies since 2002. For each of these 5,000 cases, I hope to pull the docket report. In addition, I hope to pull the following documents:

1. For each case, I will pull the filing petition.

2. For each case that concludes with a confirmed plan, I will pull the final confirmed plan.

---
[1] See https://www.fjc.gov/research/idb.

Given the large number of cases, I will pull this information using web scraping programs. I am happy to cooperate with court employee requests in scraping this data.

Using this information, I will construct a dataset, conduct statistical analysis using the data, and present the results in scholarly papers and presentations. I will eventually submit these papers to academic journals. I will **not** sell the data for profit, transfer it or redistribute it on the internet, or use it for commercial purposes.

# 3 Why an exemption is necessary

If I pull the docket report, a filing petition, and a plan for each case, that will cost $9.00 per case (assuming the docket report and each document reaches the $3.00 limit). It could thus cost as much as $45,000 to pull this information, which I cannot afford. For this reason, I would be extremely grateful if you would consider my request for an exemption from fees. Thank you so much for considering my request.

Sincerely,
Ashvin Gandhi
Assistant Professor
UCLA Anderson

2

# Application for Multi-Court Exemption from the
# Judicial Conference's Electronic Public Access (EPA) Fees

1.) I am requesting an exemption from fees for public access to electronic case records for the courts selected below:

## Courts of Appeal

- ☐ All Courts of Appeal
- ☐ First Circuit
- ☐ Second Circuit
- ☐ Third Circuit
- ☐ Fourth Circuit
- ☐ Fifth Circuit
- ☐ Sixth Circuit
- ☐ Seventh Circuit
- ☐ Eighth Circuit
- ☐ Ninth Circuit
- ☐ Tenth Circuit
- ☐ Eleventh Circuit
- ☐ D.C. Circuit
- ☐ Federal Circuit

## Bankruptcy Appellate Panels (BAP)

- ☐ First Circuit - BAP
- ☐ Sixth Circuit - BAP
- ☐ Eighth Circuit - BAP
- ☐ Ninth Circuit - BAP
- ☐ Tenth Circuit - BAP

## District Courts

- ☐ All District Courts
- ☐ Alabama Middle
- ☐ Alabama Northern
- ☐ Alabama Southern
- ☐ Alaska
- ☐ Arizona
- ☐ Arkansas Eastern
- ☐ Arkansas Western
- ☐ California Central
- ☐ California Eastern
- ☐ California Northern
- ☐ California Southern
- ☐ Colorado
- ☐ Connecticut
- ☐ Delaware
- ☐ District of Columbia
- ☐ Florida Middle
- ☐ Florida Northern
- ☐ Florida Southern
- ☐ Georgia Northern
- ☐ Georgia Middle
- ☐ Georgia Southern
- ☐ Guam
- ☐ Hawaii
- ☐ Idaho
- ☐ Illinois Northern
- ☐ Illinois Central
- ☐ Illinois Southern
- ☐ Indiana Northern
- ☐ Indiana Southern
- ☐ Iowa Northern
- ☐ Iowa Southern
- ☐ Kansas
- ☐ Kentucky Eastern
- ☐ Kentucky Western
- ☐ Louisiana Eastern
- ☐ Louisiana Middle
- ☐ Louisiana Western
- ☐ Maine
- ☐ Maryland
- ☐ Massachusetts
- ☐ Michigan Eastern
- ☐ Michigan Western
- ☐ Minnesota
- ☐ Mississippi Northern
- ☐ Mississippi Southern
- ☐ Missouri Eastern
- ☐ Missouri Western
- ☐ Montana
- ☐ Nebraska
- ☐ Nevada
- ☐ New Hampshire
- ☐ New Jersey
- ☐ New Mexico
- ☐ New York Eastern
- ☐ New York Northern
- ☐ New York Southern
- ☐ New York Western
- ☐ North Carolina Eastern
- ☐ North Carolina Middle
- ☐ North Carolina Western
- ☐ North Dakota
- ☐ Northern Mariana Islands
- ☐ Ohio Northern
- ☐ Ohio Southern
- ☐ Oklahoma Eastern
- ☐ Oklahoma Northern
- ☐ Oklahoma Western
- ☐ Oregon
- ☐ Pennsylvania Eastern
- ☐ Pennsylvania Middle
- ☐ Pennsylvania Western
- ☐ Puerto Rico
- ☐ Rhode Island
- ☐ South Carolina
- ☐ South Dakota
- ☐ Tennessee Eastern
- ☐ Tennessee Middle
- ☐ Tennessee Western
- ☐ Texas Eastern
- ☐ Texas Northern
- ☐ Texas Southern
- ☐ Texas Western
- ☐ Utah
- ☐ Vermont
- ☐ Virgin Islands
- ☐ Virginia Eastern
- ☐ Virginia Western
- ☐ Washington Eastern
- ☐ Washington Western
- ☐ West Virginia Northern
- ☐ West Virginia Southern
- ☐ Wisconsin Eastern
- ☐ Wisconsin Western
- ☐ Wyoming

## Bankruptcy Courts

- [x] All Bankruptcy Courts

| | | | |
|---|---|---|---|
| ☐ Alabama Middle | ☐ Illinois Northern | ☐ Nebraska | ☐ Rhode Island |
| ☐ Alabama Northern | ☐ Illinois Central | ☐ Nevada | ☐ South Carolina |
| ☐ Alabama Southern | ☐ Illinois Southern | ☐ New Hampshire | ☐ South Dakota |
| ☐ Alaska | ☐ Indiana Northern | ☐ New Jersey | ☐ Tennessee Eastern |
| ☐ Arizona | ☐ Indiana Southern | ☐ New Mexico | ☐ Tennessee Middle |
| ☐ Arkansas Eastern | ☐ Iowa Northern | ☐ New York Eastern | ☐ Tennessee Western |
| ☐ Arkansas Western | ☐ Iowa Southern | ☐ New York Northern | ☐ Texas Eastern |
| ☐ California Central | ☐ Kansas | ☐ New York Southern | ☐ Texas Northern |
| ☐ California Eastern | ☐ Kentucky Eastern | ☐ New York Western | ☐ Texas Southern |
| ☐ California Northern | ☐ Kentucky Western | ☐ North Carolina Eastern | ☐ Texas Western |
| ☐ California Southern | ☐ Louisiana Eastern | ☐ North Carolina Middle | ☐ Utah |
| ☐ Colorado | ☐ Louisiana Middle | ☐ North Carolina Western | ☐ Vermont |
| ☐ Connecticut | ☐ Louisiana Western | ☐ North Dakota | ☐ Virgin Islands |
| ☐ Delaware | ☐ Maine | ☐ Northern Mariana Islands | ☐ Virginia Eastern |
| ☐ District of Columbia | ☐ Maryland | ☐ Ohio Northern | ☐ Virginia Western |
| ☐ Florida Middle | ☐ Massachusetts | ☐ Ohio Southern | ☐ Washington Eastern |
| ☐ Florida Northern | ☐ Michigan Eastern | ☐ Oklahoma Eastern | ☐ Washington Western |
| ☐ Florida Southern | ☐ Michigan Western | ☐ Oklahoma Northern | ☐ West Virginia Northern |
| ☐ Georgia Northern | ☐ Minnesota | ☐ Oklahoma Western | ☐ West Virginia Southern |
| ☐ Georgia Middle | ☐ Mississippi Northern | ☐ Oregon | ☐ Wisconsin Eastern |
| ☐ Georgia Southern | ☐ Mississippi Southern | ☐ Pennsylvania Eastern | ☐ Wisconsin Western |
| ☐ Guam | ☐ Missouri Eastern | ☐ Pennsylvania Middle | ☐ Wyoming |
| ☐ Hawaii | ☐ Missouri Western | ☐ Pennsylvania Western | |
| ☐ Idaho | ☐ Montana | ☐ Puerto Rico | |

## National Courts

- ☐ Judicial Panel on Multidistrict Litigation
- ☐ U.S. Court of Federal Claims
- ☐ U.S. Court of International Trade

2.) I am an individual associated with  Anderson School of Management, UCLA

3.) Please summarize why the case information from the Public Access to Court Electronic Records (PACER) service is needed and how it will be used. Also, please explain why an exemption from the courts identified is necessary. If you need more space, please provide in an attachment.

Please see the attached document for details. Thanks for considering this request!

4.) In support of this application, I affirm the following:

   a) An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

   b) That the exemption will be for a definitive period of time: 07/14/2020 - 07/14/2022

   c) I understand that this fee exemption will apply only to me, will be valid only for the purposes stated above, and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

   d) I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet.

**Declaration:** I declare that all the above information is true and understand that a false statement [x] may result in termination of my exempt access and an assessment of Electronic Public Access usage fees. (The box must be marked or your request will not be considered)

Ashvin Gandhi  
**Applicant's Printed Name**

Assistant Professor  
**Applicant's Title**

*(signature)*  
**Applicant's Signature**

(310) 206-5572  
**Applicant's Phone Number**

ashvin.gandhi@anderson.ucla.edu  
**Applicant's email address**

110 Westwood Plaza, Cornell Hall D507  
**Applicant's Mailing Address**

Los Angeles | CA | 90095  
City | State | Zip Code

7/15/20  
Date

Please submit your completed, signed request via email to Multi-CourtExemptions@ao.uscourts.gov or by mail to:

Attention: Multi-Court Exemptions  
Court Programs Division  
DPS-CSO-PRGD  
One Columbus Circle, N.E.  
Washington, DC 20544

\*\* Requests sent through the US mail may take up to two weeks to clear security.\*\*

| District | Count |
|---|---|
| Alabama - Middle | 3 |
| Alabama - Northern | 12 |
| Alabama - Southern | 6 |
| Alaska | 2 |
| Arizona | 110 |
| Arkansas - Eastern | 7 |
| Arkansas - Western | 13 |
| California - Central | 223 |
| California - Eastern | 19 |
| California - Northern | 46 |
| California - Southern | 12 |
| Colorado | 18 |
| Connecticut | 109 |
| Delaware | 110 |
| District of Columbia | 10 |
| Florida - Middle | 107 |
| Florida - Northern | 7 |
| Florida - Southern | 81 |
| Georgia - Middle | 21 |
| Georgia - Northern | 83 |
| Georgia - Southern | 7 |
| Hawaii | 14 |
| Idaho | 11 |
| Illinois - Central | 16 |
| Illinois - Northern | 83 |
| Illinois - Southern | 11 |
| Indiana - Northern | 13 |
| Indiana - Southern | 42 |
| Iowa - Southern | 4 |
| Kansas | 23 |
| Kentucky - Eastern | 23 |
| Kentucky - Western | 20 |
| Louisiana - Eastern | 15 |
| Louisiana - Middle | 8 |
| Louisiana - Western | 64 |
| Maine | 7 |
| Maryland | 63 |
| Massachusetts | 30 |
| Michigan - Eastern | 66 |
| Michigan - Western | 8 |
| Minnesota | 31 |
| Mississippi - Northern | 34 |
| Mississippi - Southern | 27 |
| Missouri - Eastern | 6 |
| Missouri - Western | 23 |
| Montana | 1 |
| Nebraska | 5 |

| District | Count |
|---|---|
| Nevada | 34 |
| New Hampshire | 3 |
| New Jersey | 85 |
| New Mexico | 17 |
| New York - Eastern | 63 |
| New York - Northern | 20 |
| New York - Southern | 124 |
| New York - Western | 19 |
| North Carolina - Eastern | 36 |
| North Carolina - Middle | 9 |
| North Carolina - Western | 8 |
| North Dakota | 2 |
| Ohio - Northern | 55 |
| Ohio - Southern | 13 |
| Oklahoma - Eastern | 17 |
| Oklahoma - Northern | 6 |
| Oklahoma - Western | 11 |
| Oregon | 36 |
| Pennsylvania - Eastern | 46 |
| Pennsylvania - Middle | 17 |
| Pennsylvania - Western | 42 |
| Puerto Rico | 86 |
| Rhode Island | 2 |
| South Carolina | 16 |
| South Dakota | 1 |
| Tennessee - Eastern | 30 |
| Tennessee - Middle | 74 |
| Tennessee - Western | 23 |
| Texas - Eastern | 40 |
| Texas - Northern | 474 |
| Texas - Southern | 188 |
| Texas - Western | 113 |
| Utah | 6 |
| Virgin Islands | 1 |
| Virginia - Eastern | 27 |
| Virginia - Western | 5 |
| Washington - Eastern | 7 |
| Washington - Western | 22 |
| West Virginia - Northern | 6 |
| West Virginia - Southern | 21 |
| Wisconsin - Eastern | 1 |
| Wisconsin - Western | 7 |
| Wyoming | 5 |
| **Total** | **3472** |