# Application for Multi-Court Exemption from the Judicial Conference's Electronic Public Access (EPA) Fees

1.) I am requesting an exemption from fees for public access to electronic case records for the courts selected below:

## Courts of Appeal

- [ ] All Courts of Appeal
- [ ] First Circuit
- [ ] Second Circuit
- [ ] Third Circuit
- [ ] Fourth Circuit
- [ ] Fifth Circuit
- [ ] Sixth Circuit
- [ ] Seventh Circuit
- [ ] Eighth Circuit
- [ ] Ninth Circuit
- [ ] Tenth Circuit
- [ ] Eleventh Circuit
- [ ] D.C. Circuit
- [ ] Federal Circuit

## Bankruptcy Appellate Panels (BAP)

- [ ] First Circuit - BAP
- [ ] Sixth Circuit - BAP
- [ ] Eighth Circuit - BAP
- [ ] Ninth Circuit - BAP
- [ ] Tenth Circuit - BAP

**FILED**
OCT 15 2020
CLERK
U.S. BANKRUPTCY COURT
BY_____
DEPUTY CLERK

## District Courts

- [ ] All District Courts
- [ ] Alabama Middle
- [ ] Alabama Northern
- [ ] Alabama Southern
- [ ] Alaska
- [ ] Arizona
- [ ] Arkansas Eastern
- [ ] Arkansas Western
- [ ] California Central
- [ ] California Eastern
- [ ] California Northern
- [ ] California Southern
- [ ] Colorado
- [ ] Connecticut
- [ ] Delaware
- [ ] District of Columbia
- [ ] Florida Middle
- [ ] Florida Northern
- [ ] Florida Southern
- [ ] Georgia Northern
- [ ] Georgia Middle
- [ ] Georgia Southern
- [ ] Guam
- [ ] Hawaii
- [ ] Idaho
- [ ] Illinois Northern
- [ ] Illinois Central
- [ ] Illinois Southern
- [ ] Indiana Northern
- [ ] Indiana Southern
- [ ] Iowa Northern
- [ ] Iowa Southern
- [ ] Kansas
- [ ] Kentucky Eastern
- [ ] Kentucky Western
- [ ] Louisiana Eastern
- [ ] Louisiana Middle
- [ ] Louisiana Western
- [ ] Maine
- [ ] Maryland
- [ ] Massachusetts
- [ ] Michigan Eastern
- [ ] Michigan Western
- [ ] Minnesota
- [ ] Mississippi Northern
- [ ] Mississippi Southern
- [ ] Missouri Eastern
- [ ] Missouri Western
- [ ] Montana
- [ ] Nebraska
- [ ] Nevada
- [ ] New Hampshire
- [ ] New Jersey
- [ ] New Mexico
- [ ] New York Eastern
- [ ] New York Northern
- [ ] New York Southern
- [ ] New York Western
- [ ] North Carolina Eastern
- [ ] North Carolina Middle
- [ ] North Carolina Western
- [ ] North Dakota
- [ ] Northern Mariana Islands
- [ ] Ohio Northern
- [ ] Ohio Southern
- [ ] Oklahoma Eastern
- [ ] Oklahoma Northern
- [ ] Oklahoma Western
- [ ] Oregon
- [ ] Pennsylvania Eastern
- [ ] Pennsylvania Middle
- [ ] Pennsylvania Western
- [ ] Puerto Rico
- [ ] Rhode Island
- [ ] South Carolina
- [ ] South Dakota
- [ ] Tennessee Eastern
- [ ] Tennessee Middle
- [ ] Tennessee Western
- [ ] Texas Eastern
- [ ] Texas Northern
- [ ] Texas Southern
- [ ] Texas Western
- [ ] Utah
- [ ] Vermont
- [ ] Virgin Islands
- [ ] Virginia Eastern
- [ ] Virginia Western
- [ ] Washington Eastern
- [ ] Washington Western
- [ ] West Virginia Northern
- [ ] West Virginia Southern
- [ ] Wisconsin Eastern
- [ ] Wisconsin Western
- [ ] Wyoming

## Bankruptcy Courts

- [x] All Bankruptcy Courts

| | | | |
|---|---|---|---|
| ☐ Alabama Middle | ☐ Illinois Northern | ☐ Nebraska | ☐ Rhode Island |
| ☐ Alabama Northern | ☐ Illinois Central | ☐ Nevada | ☐ South Carolina |
| ☐ Alabama Southern | ☐ Illinois Southern | ☐ New Hampshire | ☐ South Dakota |
| ☐ Alaska | ☐ Indiana Northern | ☐ New Jersey | ☐ Tennessee Eastern |
| ☐ Arizona | ☐ Indiana Southern | ☐ New Mexico | ☐ Tennessee Middle |
| ☐ Arkansas Eastern | ☐ Iowa Northern | ☐ New York Eastern | ☐ Tennessee Western |
| ☐ Arkansas Western | ☐ Iowa Southern | ☐ New York Northern | ☐ Texas Eastern |
| ☐ California Central | ☐ Kansas | ☐ New York Southern | ☐ Texas Northern |
| ☐ California Eastern | ☐ Kentucky Eastern | ☐ New York Western | ☐ Texas Southern |
| ☐ California Northern | ☐ Kentucky Western | ☐ North Carolina Eastern | ☐ Texas Western |
| ☐ California Southern | ☐ Louisiana Eastern | ☐ North Carolina Middle | ☐ Utah |
| ☐ Colorado | ☐ Louisiana Middle | ☐ North Carolina Western | ☐ Vermont |
| ☐ Connecticut | ☐ Louisiana Western | ☐ North Dakota | ☐ Virgin Islands |
| ☐ Delaware | ☐ Maine | ☐ Northern Mariana Islands | ☐ Virginia Eastern |
| ☐ District of Columbia | ☐ Maryland | ☐ Ohio Northern | ☐ Virginia Western |
| ☐ Florida Middle | ☐ Massachusetts | ☐ Ohio Southern | ☐ Washington Eastern |
| ☐ Florida Northern | ☐ Michigan Eastern | ☐ Oklahoma Eastern | ☐ Washington Western |
| ☐ Florida Southern | ☐ Michigan Western | ☐ Oklahoma Northern | ☐ West Virginia Northern |
| ☐ Georgia Northern | ☐ Minnesota | ☐ Oklahoma Western | ☐ West Virginia Southern |
| ☐ Georgia Middle | ☐ Mississippi Northern | ☐ Oregon | ☐ Wisconsin Eastern |
| ☐ Georgia Southern | ☐ Mississippi Southern | ☐ Pennsylvania Eastern | ☐ Wisconsin Western |
| ☐ Guam | ☐ Missouri Eastern | ☐ Pennsylvania Middle | ☐ Wyoming |
| ☐ Hawaii | ☐ Missouri Western | ☐ Pennsylvania Western | |
| ☐ Idaho | ☐ Montana | ☐ Puerto Rico | |

## National Courts

- ☐ Judicial Panel on Multidistrict Litigation
- ☐ U.S. Court of Federal Claims
- ☐ U.S. Court of International Trade

2.) I am an individual associated with [Brigham Young University]

3.) Please summarize why the case information from the Public Access to Court Electronic Records (PACER) service is needed and how it will be used. Also, please explain why an exemption from the courts identified is necessary. If you need more space, please provide in an attachment.

I, along with my co-authors Bronson Argyle (BYU), Sasha Indarte (Duke), Taylor Nadauld (BYU), and Christopher Palmer (MIT), would like an academic fee exemption to allow us to examine the impact of COVID-19 on personal bankruptcy filings. We plan to download the schedules of assets and liabilities for a large, nationally representative set of bankruptcy filers on an ongoing basis. This will allow us to track in real-time how the economic fallout of COVID-19 is impacting the financial situation of households, and whether particular groups of households are being more severely affected. In previous work, we have created a program than can scrape key information from the PDF Schedules, so we have the machinery in place already to do this. However, the costs of downloading large numbers of schedules is prohibitive for our academic budgets. At a cost of $3 for each Schedule, we could only download 3,000 cases with our budget of $9,000. This is too small a fraction of total cases to be useful. A fee exemption would

4.) In support of this application, I affirm the following:

a) An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

b) That the exemption will be for a definitive period of time: Until 5/1/2022 - to track COVID fallout

c) I understand that this fee exemption will apply only to me, will be valid only for the purposes stated above, and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

d) I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet.

[x] **Declaration:** I declare that all the above information is true and understand that a false statement may result in termination of my exempt access and an assessment of Electronic Public Access usage fees. (The box must be marked or your request will not be considered)

Benjamin Iverson
Applicant's Printed Name

Assistant Professor of Finance
Applicant's Title

Benjamin Charles Iverson  Digitally signed by Benjamin Charles Iverson
Date: 2020.04.29 09:20:52 -06'00'
Applicant's Signature

(801) 660-5564
Applicant's Phone Number

biverson@byu.edu
Applicant's email address

640 TNRB
Applicant's Mailing Address

Provo | UT | 84604
City | State | Zip Code

4/29/2020
Date

Please submit your completed, signed request via email to Multi-CourtExemptions@ao.uscourts.gov or by mail to:

Attention: Multi-Court Exemptions
Court Programs Division
DPS-CSO-PRGD
One Columbus Circle, N.E.
Washington, DC 20544

** Requests sent through the US mail may take up to two weeks to clear security. **