UNITED STATES BANKRUPTCY COURT

DISTRICT OF ALASKA

In the matter of:

REQUEST   FOR   EXEMPTION
FROM PACER FEES.

Misc. Case No. 06-60001-GS

## ORDER DENYING REQUEST FOR EXEMPTION FROM PACER FEES

This matter is before the court upon the application and request by Jialan Wang

(Application) for exemption from the fees imposed by the Electronic Public Access fee

schedule adopted by the Judicial Conference of the United States Courts.

Having reviewed the Application,

IT IS HEREBY ORDERED that the Application is DENIED, without prejudice.

The request in the Application is overly broad.

A copy of this Order shall be sent to the PACER Service Center.

DATED this 15th day of October, 2020.

/s/ Gary Spraker_____
GARY SPRAKER
United States Bankruptcy Judge

Serve:  Jialan Wang at jialanw@illinois.edu
        Janet Stafford, Clerk of Court
        PACER Service Center at pacer@psc.uscourts.gov