UNITED STATES BANKRUPTCY COURT

DISTRICT OF ALASKA

| In the matter of:<br><br>REQUEST FOR EXEMPTION FROM PACER FEES. | Misc. Case No. 06-60001-GS |
|---|---|

### ORDER DENYING REQUEST FOR EXEMPTION FROM PACER FEES

This matter is before the court upon the application and request by Benjamin Iverson (Application) for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

Having reviewed the Application,

IT IS HEREBY ORDERED that the Application is DENIED, without prejudice. The request in the Application is overly broad.

A copy of this Order shall be sent to the PACER Service Center.

DATED this 15th day of October, 2020.

        /s/ Gary Spraker_____
        GARY SPRAKER
        United States Bankruptcy Judge

Serve: Benjamin Iverson at biverson@byu.edu
       Janet Stafford, Clerk of Court
       PACER Service Center at pacer@psc.uscourts.gov