# Application for Multi-Court Exemption from the Judicial Conference's Electronic Public Access (EPA) Fees

1.) I am requesting an exemption from fees for public access to electronic case records for the courts selected below:

## Courts of Appeal

- [ ] All Courts of Appeal
- [ ] First Circuit
- [ ] Second Circuit
- [ ] Third Circuit
- [ ] Fourth Circuit
- [ ] Fifth Circuit
- [ ] Sixth Circuit
- [ ] Seventh Circuit
- [ ] Eighth Circuit
- [ ] Ninth Circuit
- [ ] Tenth Circuit
- [ ] Eleventh Circuit
- [ ] D.C. Circuit
- [ ] Federal Circuit

## Bankruptcy Appellate Panels (BAP)

- [ ] First Circuit - BAP
- [ ] Sixth Circuit - BAP
- [ ] Eighth Circuit - BAP
- [ ] Ninth Circuit - BAP
- [ ] Tenth Circuit - BAP

## District Courts

- [ ] All District Courts
- [ ] Alabama Middle
- [ ] Alabama Northern
- [ ] Alabama Southern
- [ ] Alaska
- [ ] Arizona
- [ ] Arkansas Eastern
- [ ] Arkansas Western
- [ ] California Central
- [ ] California Eastern
- [ ] California Northern
- [ ] California Southern
- [ ] Colorado
- [ ] Connecticut
- [ ] Delaware
- [ ] District of Columbia
- [ ] Florida Middle
- [ ] Florida Northern
- [ ] Florida Southern
- [ ] Georgia Northern
- [ ] Georgia Middle
- [ ] Georgia Southern
- [ ] Guam
- [ ] Hawaii
- [ ] Idaho
- [ ] Illinois Northern
- [ ] Illinois Central
- [ ] Illinois Southern
- [ ] Indiana Northern
- [ ] Indiana Southern
- [ ] Iowa Northern
- [ ] Iowa Southern
- [ ] Kansas
- [ ] Kentucky Eastern
- [ ] Kentucky Western
- [ ] Louisiana Eastern
- [ ] Louisiana Middle
- [ ] Louisiana Western
- [ ] Maine
- [ ] Maryland
- [ ] Massachusetts
- [ ] Michigan Eastern
- [ ] Michigan Western
- [ ] Minnesota
- [ ] Mississippi Northern
- [ ] Mississippi Southern
- [ ] Missouri Eastern
- [ ] Missouri Western
- [ ] Montana
- [ ] Nebraska
- [ ] Nevada
- [ ] New Hampshire
- [ ] New Jersey
- [ ] New Mexico
- [ ] New York Eastern
- [ ] New York Northern
- [ ] New York Southern
- [ ] New York Western
- [ ] North Carolina Eastern
- [ ] North Carolina Middle
- [ ] North Carolina Western
- [ ] North Dakota
- [ ] Northern Mariana Islands
- [ ] Ohio Northern
- [ ] Ohio Southern
- [ ] Oklahoma Eastern
- [ ] Oklahoma Northern
- [ ] Oklahoma Western
- [ ] Oregon
- [ ] Pennsylvania Eastern
- [ ] Pennsylvania Middle
- [ ] Pennsylvania Western
- [ ] Puerto Rico
- [ ] Rhode Island
- [ ] South Carolina
- [ ] South Dakota
- [ ] Tennessee Eastern
- [ ] Tennessee Middle
- [ ] Tennessee Western
- [ ] Texas Eastern
- [ ] Texas Northern
- [ ] Texas Southern
- [ ] Texas Western
- [ ] Utah
- [ ] Vermont
- [ ] Virgin Islands
- [ ] Virginia Eastern
- [ ] Virginia Western
- [ ] Washington Eastern
- [ ] Washington Western
- [ ] West Virginia Northern
- [ ] West Virginia Southern
- [ ] Wisconsin Eastern
- [ ] Wisconsin Western
- [ ] Wyoming

**Bankruptcy Courts**

- [x] All Bankruptcy Courts
- [ ] Alabama Middle
- [ ] Alabama Northern
- [ ] Alabama Southern
- [ ] Alaska
- [ ] Arizona
- [ ] Arkansas Eastern
- [ ] Arkansas Western
- [ ] California Central
- [ ] California Eastern
- [ ] California Northern
- [ ] California Southern
- [ ] Colorado
- [ ] Connecticut
- [ ] Delaware
- [ ] District of Columbia
- [ ] Florida Middle
- [ ] Florida Northern
- [ ] Florida Southern
- [ ] Georgia Northern
- [ ] Georgia Middle
- [ ] Georgia Southern
- [ ] Guam
- [ ] Hawaii
- [ ] Idaho
- [ ] Illinois Northern
- [ ] Illinois Central
- [ ] Illinois Southern
- [ ] Indiana Northern
- [ ] Indiana Southern
- [ ] Iowa Northern
- [ ] Iowa Southern
- [ ] Kansas
- [ ] Kentucky Eastern
- [ ] Kentucky Western
- [ ] Louisiana Eastern
- [ ] Louisiana Middle
- [ ] Louisiana Western
- [ ] Maine
- [ ] Maryland
- [ ] Massachusetts
- [ ] Michigan Eastern
- [ ] Michigan Western
- [ ] Minnesota
- [ ] Mississippi Northern
- [ ] Mississippi Southern
- [ ] Missouri Eastern
- [ ] Missouri Western
- [ ] Montana
- [ ] Nebraska
- [ ] Nevada
- [ ] New Hampshire
- [ ] New Jersey
- [ ] New Mexico
- [ ] New York Eastern
- [ ] New York Northern
- [ ] New York Southern
- [ ] New York Western
- [ ] North Carolina Eastern
- [ ] North Carolina Middle
- [ ] North Carolina Western
- [ ] North Dakota
- [ ] Northern Mariana Islands
- [ ] Ohio Northern
- [ ] Ohio Southern
- [ ] Oklahoma Eastern
- [ ] Oklahoma Northern
- [ ] Oklahoma Western
- [ ] Oregon
- [ ] Pennsylvania Eastern
- [ ] Pennsylvania Middle
- [ ] Pennsylvania Western
- [ ] Puerto Rico
- [ ] Rhode Island
- [ ] South Carolina
- [ ] South Dakota
- [ ] Tennessee Eastern
- [ ] Tennessee Middle
- [ ] Tennessee Western
- [ ] Texas Eastern
- [ ] Texas Northern
- [ ] Texas Southern
- [ ] Texas Western
- [ ] Utah
- [ ] Vermont
- [ ] Virgin Islands
- [ ] Virginia Eastern
- [ ] Virginia Western
- [ ] Washington Eastern
- [ ] Washington Western
- [ ] West Virginia Northern
- [ ] West Virginia Southern
- [ ] Wisconsin Eastern
- [ ] Wisconsin Western
- [ ] Wyoming

**National Courts**

- [ ] Judicial Panel on Multidistrict Litigation
- [ ] U.S. Court of Federal Claims
- [ ] U.S. Court of International Trade

2.) I am an individual associated with  the University of Illinois at Urbana-Champaign

3.) Please summarize why the case information from the Public Access to Court Electronic Records (PACER) service is needed and how it will be used.  Also, please explain why an exemption from the courts identified is necessary. If you need more space, please provide in an attachment.

I am a 3rd year Ph.D. student in Finance at the University of Illinois at Urbana-Champaign. The PACER data will be used for my research project "The introduction of E-filing and bankruptcy behavior". I am going to compare bankruptcy behavior (e.g. the number of bankruptcies in each bankruptcy chapter) before the adoption of e-filing (CM/ECF) with those after the adoption. I have attached the timing of the CM/ECF adoptions for each bankruptcy court district. As shown in the attachment, the adoption dates of CM/ECF are clustered around the early- and mid- 2000s, so I plan to analyze bankruptcy behavior from 2000 through 2004 using the PACER service. This research project could establish how debtors change their behavior when they have an easier option to file for bankruptcy and refer to historical bankruptcy records. As a result, this project could also contribute to revealing the positive role of PACER and CM/ECF for potential bankruptcy filers, which would be consistent with the interest of U.S. courts and PACER.

4.) In support of this application, I affirm the following:

   a) An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

   b) That the exemption will be for a definitive period of time: 1/1/2021-6/30/2021

   c) I understand that this fee exemption will apply only to me, will be valid only for the purposes stated above, and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

   d) I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet.

[x] **Declaration:** I declare that all the above information is true and understand that a false statement may result in termination of my exempt access and an assessment of Electronic Public Access usage fees. (The box must be marked or your request will not be considered)

Jeyul Yang
Applicant's Printed Name

Ph.D. Candidate
Applicant's Title

*Jeyul Yang*
Applicant's Signature

(217) 417-5163
Applicant's Phone Number

jeyuly2@illinois.edu
Applicant's email address

340 Wohlers Hall, 1206 S. Sixth
Applicant's Mailing Address

Champaign    IL    61820
City    State    Zip Code

Dec 21, 2020
Date

Please submit your completed, signed request via email to Multi-CourtExemptions@ao.uscourts.gov or by mail to:

Attention: Multi-Court Exemptions
Court Programs Division
DPS-CSO-PRGD
One Columbus Circle, N.E.
Washington, DC 20544

** Requests sent through the US mail may take up to two weeks to clear security.**

CASE MANAGEMENT/ELECTRONIC CASE FILES (CM/ECF)
IMPLEMENTATION SCHEDULE

The chart below shows the current implementation schedule for CM/ECF throughout the district and bankruptcy courts in the Federal Judiciary. Those courts in dark blue are already live on CM/ECF. The date in the dark blue boxes is the date the court started live operation. The courts in light blue are those courts that have begun the implementation process. The date in the light blue boxes is the date the court began or will begin the implementation process. Implementation can vary from 10 to 18 months depending on the court. Those courts with a white box and no date have not yet begun implementation of CM/ECF. The date in the upper right hand corner of the chart is the date the chart was last updated. For a list of courts currently accepting electronic filings see the press release, by [clicking here](#).

## CM/ECF Implementation Status

| | |
|---|---|
| scheduled implementation start | |
| actual implementation start | |
| start of live operation | |

*August 1, 2006*

CM/ECF Underway in:
**202 Courts**

**94 B**ankruptcy **C**ourts
**93** Operational

**94 D**istrict **C**ourts
**89** Operational

**12 A**ppellate **C**ourts
**0** Operational

**2** Other Courts
**2** Operational

| Court | Bankruptcy | | District | |
|---|---|---|---|---|
| AK | Oct-01 | [2] | Dec-05 | [21] |
| AL-M | Jul-02 | [4] | Apr-04 | [13] |
| AL-N | Feb-04 | [11] | Nov-04 | [18] |
| AL-S | Jun-02 | [4] | May-03 | [9] |
| AR-E | Dec-01 | [3] | Jul-05 | [20] |
| AR-W | Dec-01 | [3] | Aug-05 | [20] |
| AZ | Oct-97 | [P] | Jul-05 | [20] |
| CA-C | Sep-05 | [15] | Jul-03 | [9] |
| CA-E | Aug-05 | [16] | Jan-05 | [16] |
| CA-N | Apr-03 | [7] | Apr-01 | [A] |
| CA-S | Mar-98 | [P] | Jul-04 | [20] |
| CO | Jan-02 | [2] | Nov-04 | [17] |
| CT | Nov-03 | [7] | Oct-03 | [10] |
| DC | Oct-03 | [6] | Jan-01 | [A] |
| DE | Aug-01 | [1] | Feb-05 | [17] |
| FL-M | Feb-03 | [7] | Jul-04 | [16] |
| FL-N | Nov-03 | [11] | Nov-03 | [12] |
| FL-S | Oct-05 | [14] | Sep-04 | [21] |
| GA-M | Oct-05 | [W] | Oct-04 | [16] |
| GA-N | Nov-97 | [P] | Jul-04 | [14] |
| GA-S | Aug-05 | [16] | May-05 | [19] |
| GU | May-04 | [13] | Aug-05 | [18] |
| HI | Jun-03 | [7] | Jul-04 | [20] |
| IA-N | Mar-02 | [4] | Jun-03 | [9] |
| IA-S | Aug-03 | [1] | Oct-04 | [18] |
| ID | Dec-04 | [19] | Dec-04 | [19] |
| IL-C | Mar-04 | [14] | Jul-04 | [16] |
| IL-N | Jun-03 | [7] | Jan-05 | [11] |
| IL-S | Feb-02 | [4] | Jan-04 | [12] |
| IN-N | Sep-02 | [6] | Nov-03 | [12] |
| IN-S | Oct-04 | [16] | Jun-02 | [5-W] |
| KS | Dec-03 | [8] | Mar-03 | [9] |
| KY-E | Jun-02 | [4] | Mar-03 | [10] |
| KY-W | Feb-02 | [4] | Aug-03 | [10] |
| LA-E | Dec-01 | [3] | Feb-05 | [19] |
| LA-M | Feb-01 | [W] | Jan-05 | [18] |
| LA-W | Oct-02 | [6] | Jun-04 | [12] |
| MA | Apr-03 | [7] | May-03 | [9] |
| MD | Apr-03 | [6] | Mar-03 | [9] |
| ME | Jan-02 | [3] | Feb-03 | [9] |
| MI-E | May-05 | [16] | Jan-04 | [12] |
| MI-W | Jul-03 | [7] | Aug-01 | [A] |
| MN | Oct-05 | [14] | Feb-04 | [13] |
| MO-E | Feb-03 | [7] | Oct-03 | [10] |
| MO-W | Apr-01 | [W] | Oct-97 | [P] |
| MS-N | Nov-03 | [6] | Nov-04 | [18] |
| MS-S | Mar-05 | [13] | Dec-04 | [18] |
| MT | Aug-02 | [2] | Nov-05 | [21] |
| NC-E | May-04 | [8] | Oct-05 | [21] |
| NC-M | Oct-03 | [8] | Feb-05 | [19] |
| NC-W | Apr-01 | [A] | May-05 | [20] |
| ND | Aug-04 | [16] | Nov-05 | [21] |
| NE | Jan-02 | [3] | Mar-02 | [5-W] |
| NH | Dec-01 | [2] | Nov-03 | [12] |
| NJ | Apr-02 | [1] | Jan-04 | [12] |
| NM | Jun-06 | [8] | Sep-05 | [NW] |
| NMI | Sep-04 | [21] | Jul-05 | [21] |
| NV | Jan-02 | [3] | Nov-05 | [21] |
| NY-E | Apr-02 | [W] | Nov-97 | [P] |
| NY-N | Jan-03 | [6] | Dec-03 | [13] |
| NY-S | Nov-96 | [P] | Dec-03 | [5-W] |
| NY-W | Jun-03 | [8] | Oct-03 | [11] |
| OH-N | Sep-01 | [2] | Nov-97 | [P] |
| OH-S | Apr-03 | [6] | Sep-03 | [11] |
| OK-E | Mar-04 | [8] | Feb-06 | [21] |
| OK-N | Dec-03 | [13] | Jan-05 | [14] |
| OK-W | Dec-05 | [21] | Oct-03 | [11] |
| OR | Nov-03 | [2] | Nov-97 | [P] |
| PA-E | Oct-02 | [6] | May-02 | [5-W] |
| PA-M | May-03 | [6] | Mar-03 | [9] |
| PA-W | Sep-02 | [4] | Jun-05 | [20] |
| PR | Feb-05 | [14] | Jan-04 | [13] |
| RI | Apr-03 | [8] | May-05 | [20] |
| SC | Jan-03 | [1] | Feb-05 | [19] |
| SD | Dec-01 | [3] | Jul-03 | [10] |
| TN-E | May-05 | [11] | May-04 | [15] |
| TN-M | Oct-04 | [W] | Jun-05 | [19] |
| TN-W | Jun-03 | [8] | Jun-04 | [15] |
| TX-E | Mar-02 | [4] | Feb-04 | [11] |
| TX-N | Feb-03 | [7] | Feb-03 | [5-W] |
| TX-S | Mar-02 | [4] | Sep-04 | [10] |
| TX-W | Apr-01 | [A] | May-06 | [18] |
| UT | Oct-01 | [1] | May-05 | [15] |
| VA-E | Oct-97 | [P] | May-05 | [19] |
| VA-W | Oct-04 | [11] | Feb-04 | [13] |
| VI | | | Oct-05 | [21] | Dec-05 | |
| VT | Apr-02 | [1] | Jan-05 | [17] |
| WA-E | Jun-04 | [13] | Oct-04 | [17] |
| WA-W | Jun-01 | [W] | Jun-03 | [10] |
| WI-E | Feb-04 | [3] | Nov-02 | [5-W] |
| WI-W | Feb-02 | [3] | May-06 | |
| WV-N | Mar-03 | [8] | Mar-05 | [18] |
| WV-S | Apr-03 | [8] | Apr-04 | [12] |
| WY | Apr-02 | [A] | Jul-03 | [10] |

| Circuit | |
|---|---|
| 1st | Jan-05 [AP] |
| 2nd | Dec-05 [AP] |
| 3rd | Jan-05 [AP] |
| 4th | Jan-05 [AP] |
| 5th | Jan-05 [AP] |
| 6th | Jan-05 [AP] |
| 7th | Jan-05 [AP] |
| 8th | Jan-05 [AP] |
| 9th | Jan-05 [AP] |
| 10th | Jan-05 [AP] |
| 11th | Dec-05 [AP] |
| DC | Jan-05 [AP] |

Other Courts

| | |
|---|---|
| CIT | Dec-00 |

*Court of International Trade*

| | | |
|---|---|---|
| Ct of Claims | Mar-03 | [9] |

*Court of Federal Claims*

Wave # shown in date
* A = Alpha
AP = Appellate
NW = non-wave
P = Prototype
W = Wave Test
nn = wave number

Revised 8/1/2006