UNITED STATES BANKRUPTCY COURT

DISTRICT OF ALASKA

In the matter of:

REQUEST FOR EXEMPTION FROM PACER FEES.

Misc. Case No. 06-60001-GS

**ORDER GRANTING REQUEST FOR EXEMPTION FROM PACER FEES**

This matter is before the Court upon the application and request by Jeyul Yang (Application) for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

Having reviewed the Application, IT IS HEREBY ORDERED as follows:

The Court finds that Jeyul Yang, as an individual researcher associated with an educational institution falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Jeyul Yang has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Jeyul Yang shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of his academic research to study electronic filing in bankruptcy courts.

Mr. Yang shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following imitations apply:

1. this fee exemption applies only to Jeyul Yang and is valid only for the purposes stated above;

//

2. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. by accepting this exemption, Jeyul Yang agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Jeyul Yang is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;

5. this exemption is valid until June 30, 2021.

Finally, this exemption may be revoked at the discretion of the Court at any time.

A copy of this Order shall be sent to the PACER Service Center.

DATED this 25th day of January, 2021.

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve: J. Yang via email
Janet Stafford, Clerk of Court
PACER Service Center at pacer@psc.uscourts.gov