# Notice Recipients

| | | |
|---|---|---|
| District/Off: 097−−3 | User: admin | Date Created: 1/25/2021 |
| Case: 06−60001 | Form ID: pdfcrs | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust        Office of the U.S. Trustee        700 Stewart Street, Suite 5103        Seattle, WA 98101
           Jeyul Yang        340 Wohlers Hall        1206 S. Sixth        Champaign, IL 61820

TOTAL: 2