United States Bankruptcy Court
District of Alaska

In re:  Case No. 06-60001-
PACER Fee Exemption Requests  Chapter
   Debtor

# CERTIFICATE OF NOTICE

District/off: 097--3 | User: admin | Page 1 of 1
Date Rcvd: Mar 26, 2021 | Form ID: pdfcrs | Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

**Recip ID         Recipient Name and Address**
+ Michael DeLeo, 10900 NE 4th Street, Suite 1850, Bellevue, WA 98004-8341

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPREGION18.SE.ECF@USDOJ.GOV | Mar 27 2021 04:22:00 | Office of the U.S. Trustee, 700 Stewart Street, Suite 5103, Seattle, WA 98101-4438 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021      Signature:      /s/Joseph Speetjens

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the matter of:<br><br>REQUEST FOR EXEMPTION FROM PACER FEES | Misc. Case No. 06-60001 |

## ORDER GRANTING EXEMPTION FROM PACER FEES

On the court's own motion, and in light of the enactment of the Small Business Reorganization Act of 2019 (Subchapter V),

**IT IS ORDERED** that the following Pacer fee exemption is granted:

| | |
|---|---|
| Party Exempt: | Michael DeLeo<br>10900 NE 4th Street, Suite 1850<br>Bellevue, Washington 98004 |
| Starting Date of Exemption: | April 1, 2021 |
| Ending Date of Exemption: | Upon further order of this court |
| Purpose of Exemption: | Mr. DeLeo is a Subchapter V trustee for this district |

DATED: March 26, 2021.

BY THE COURT

 /s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve:  Michael DeLeo
Janet Stafford, Clerk of Court
P. Gingras, Financial Administrator
PACER Service Center, via email (pacer@psc.uscourts.gov)